✎ AO 456 (Rev. 5/85)  Notice

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ OHIO

UNITED STATES OF AMERICA

V.

WALTER EDWARD WADE

**NOTICE**

CASE NUMBER:  1:26-mj-00180

TYPE OF CASE:

☐ **CIVIL**     ☑ **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| POTTER STEWART UNITED STATES COURTHOUSE 100 EAST FIFTH STREET CINCINNATI, OHIO | Courtroom #5, Room 701 |
| | DATE AND TIME |

TYPE OF PROCEEDING

DETENTION HEARING BEFORE MAGISTRATE JUDGE STEPHANIE K. BOWMAN

☑ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| SEE ABOVE | 3/11/2026 at 1:30 p.m. | 3/12/2026 at 1:30 p.m. |

RICHARD W. NAGEL, CLERK

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

3/11/2026

DATE

(BY) KEVIN MOSER, DEPUTY CLERK

TO:

COUNSEL
USMS
PRETRIAL SERVICES
PROBATION